IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 MAY 31 AM 9:07

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

MARYLAND CASUALTY COMPANY,

    Plaintiff,

VS.

    Civil Action No. 04-1197-T

L & H SUPPLY COMPANY, INC.,

ET AL.

    Defendants.

## ORDER GRANTING JOINT MOTION TO AMEND THE JOINT SCHEDULING ORDER

Upon Joint Motion of Plaintiff and Defendants, filed on this ____ day of May, 2005, and for good cause shown, this Court **GRANTS** the Joint Motion of counsel, to amend the Joint Scheduling Order and **ORDERS** that parties have an additional period, up to and including June 20, 2005, within which to conclude discovery.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the current deadline for discovery of May 2, 2005, as set out in the Joint Scheduling Order, be and the same is hereby amended to June 20, 2005 to conclude discovery.

SO ORDERED this 27th day of March, 2005.

                                                     S. Thomas Anderson
                                                   UNITED STATES ~~DISTRICT~~ JUDGE

Dated this ____ day of May, 2005.

H:\SHB\L&H\Maryland Casualty\Order Granting Joint Motion to Amend.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/31/2005



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01197 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Honorable James Todd
US DISTRICT COURT