IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MARYLAND CASUALTY COMPANY,

    Plaintiff,

VS.                                                  No. 04-1197-T

L & H SUPPLY COMPANY, INC.,
et al.,

    Defendants.

## ORDER OF REFERENCE

The Motion for Limited Extension of Discovery and to Strike Designation of Expert Witness are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

14 July 2005
_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  07-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CV-01197 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Honorable James Todd
US DISTRICT COURT