FILED BY_____ D.C.

05 JUL 18 PM 4:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARYLAND CASUALTY CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   04-1197 T/An |
| ) | |
| L&H SUPPLY COMPANY, INC., ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING HEARING

Before the Court is Plaintiff's Motion to Extend Discovery filed on June 27, 2005. Also before the Court is Defendants' Motion to Strike Designation of Expert Witness filed on June 30, 2005. United States District Judge James D. Todd referred these matters to the Magistrate Judge for determination. After due consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **FRIDAY, AUGUST 5, 2005 at 11:00 A.M.** in the Magistrate Judge Courtroom, 4th Floor, United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee.

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 18, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___07-19-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:04-CV-01197 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Honorable James Todd
US DISTRICT COURT