IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   04-1197 T/An |
| | ) | |
| L & H SUPPLY CO., INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO POSTPONE HEARING ON MOTION TO STRIKE DESIGNATION OF EXPERT

Before the Court is the parties' Joint Motion to Postpone Hearing on Motion to Strike Designation of Expert filed on August 4, 2005. For good cause shown, the Motion is **GRANTED**. The trial date in this matter is set for September 26, 2005. While the Motion states that the parties' attempt to mediate will not affect the trial date or Rule 26(a)(3) disclosures, Plaintiff's disclosures are due on August 11, 2005 and Defendant's disclosures are due on August 26, 2005.

The Court shall hold a status conference in this matter before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, SEPTEMBER 6, 2005 at 10:30 A.M.** in the Magistrate Judge Courtroom, 4th Floor, United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee. The purpose of the status conference will be to see if the parties need to

continue the trial date so the parties can have additional time to mediate this claim.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 08, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:04-CV-01197 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT