IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 SEP -6 AM 8:05
THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W.D. OF TN, JACKSON

MARYLAND CASUALTY COMPANY,

    Plaintiff,

VS.                                                                 Civil Action No. 04-1197-T

L & H SUPPLY COMPANY, INC.,
ET AL.

    Defendants.

## CONSENT ORDER OF DISMISSAL

It appearing to the Court from statements of counsel that all matters in controversy between the parties have been resolved and accordingly the Complaint and Counter-Complaint filed herein should be dismissed.

IT IS ORDERED, that the Complaint and Counter-Complaint filed in this cause be and the same are hereby dismissed with prejudice, each party to bear their own costs, attorney fees and discretionary costs.

_James D. Todd_
JUDGE

Date: 2 September 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 09-06-05

59

APPROVED:

*(signature)* Brian T. Moore, Esq. by SHB/Consent
Brian T. Moore, Esq.
Drew, Eckl & Farnham, LLP
880 W. Peachtree Street
Atlanta, GA 30309
*Attorney for Plaintiff*

*(signature)*
Stephen H. Biller
THE BOGATIN LAW FIRM, PLC
1661 International Place Drive, #300
Memphis, Tennessee 38120
*Attorney for Defendants*

H:\SHB\L&H\Maryland Casualty\Consent Order of Dismissal.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:04-CV-01197 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Honorable James Todd
US DISTRICT COURT